**Marybecca T. HOLBROOK**
**Claimant–Appellant,**

v.

**Hershel W. GOBER, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 00–7085.**

United States Court of Appeals, Federal Circuit.

Jan. 10, 2001.

Before CLEVENGER, SCHALL, and BRYSON, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**SUNRISE TELECOM, INC.,**
**Plaintiff–Appellee,**

v.

**ELECTRODATA, INC., Defendant–Appellant.**

**No. 00–1017.**

United States Court of Appeals, Federal Circuit.

Jan. 10, 2001.

Before CLEVENGER, SCHALL, and BRYSON, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Ronald J. TOWNSEND, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 00–3014.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2001.

Rehearing and Rehearing en banc Denied May 1, 2001.

Before MICHEL, SCHALL and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.